**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6343**

———————

WILLIAM E. NICHOLSON-EL,

                                  Plaintiff - Appellant,

     versus

JOYCE K. CONLEY; KATHLEEN HAWK, Director of
the Federal Bureau of Prisons; JOHN ASHCROFT,
Attorney General of the United States,

                               Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. David A. Faber, District Judge. (CA-01-798)

———————

Submitted: May 16, 2002             Decided: May 23, 2002

———————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William E. Nicholson-El, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William E. Nicholson-El appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Nicholson-El v. Conley, No. CA-01-798 (S.D.W. Va. Jan. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2